IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK MUTCHLER; NEXSTAR
BROADCASTING GROUP, INC.;
LIBERTY MUTUAL INSURANCE
COMPANY; AND ELIZABETH CHAVEZ,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JAMES
CROCKETT, DISTRICT JUDGE,
Respondents,
and
EVELIN TORRES; KAREN GOMEZ;
GUADALUPE MORALES-DELGADO;
MARIA SANCHEZ; AND SALVADOR
HUGO GOMEZ-GARCIA,
Real Parties in Interest.

No. 80442

FILED

MAR 18 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING WRIT PETITION

This is an original petition for a writ of mandamus or prohibition challenging a district court order dismissing a complaint in a tort action.

Having considered the petition and supporting documentation, we conclude that our extraordinary and discretionary intervention is not warranted. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). In particular, we are not persuaded that petitioners lack an adequate legal remedy in the form of an appeal. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004) (observing that the party seeking writ relief bears the burden of

establishing that such relief is warranted and that an appeal is generally an adequate remedy that precludes writ relief). Accordingly, we

ORDER the petition DENIED.

_____ *Pickering* _____, C.J.
Pickering

_____ *Gibbons* _____, J.          _____ *Silver* _____, J.
Gibbons                                                                 Silver

cc:    Hon. James Crockett, District Judge
       Messner Reeves LLP
       Ladah Law Firm
       Eighth District Court Clerk